**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **SANDRA C. HOLAUS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | No. 4:07CV810-DJS |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge issued on July 21, 2008, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #15] is accepted and adopted.

Dated this   12th   day of August, 2008.

　　　　　　　　　　　　　　　　　　  /s/ Donald J. Stohr  
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE